ACCEPTED
03-14-00586-CR
3886297
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 4:42:51 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03-14-00586-CR

| | | |
|---|---|---|
| TERRELL MAXWELL | X | IN THE COURT OF APPEALS |
| | X | AUSTIN, TEXAS |
| V. | X | THIRD COURT OF APPEALS |
| | X | JEFFREY D. KYLE |
| STATE OF TEXAS | X | DISTRICT OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 1:42:55 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT:

COMES NOW THE APPELLANT, TERRELL MAXWELL, by and through attorney Jon Evans, and would move the Court for an extension of time for filing Appellant's brief in this cause and in support of this Motion would show the Court as follows:

I.

If no extension of time is granted by this Court, Appellant's brief must be filed by December 19, 2014.

II.

Appellant seeks an extension of until March 15, 2015, to file Appellant's brief.

III.

A reasonable explanation for the need for an extension of time to file Appellant's brief exists.

Appellant filed some sort of Pro Se Notice of Appeal.

Defense Counsel was unaware that he was still the attorney of record in this matter.

IV.

No extensions of time have been granted previously by the Court in this cause.

## V.

An extension of time for filing Appellant's brief will not delay submission of this cause in the prescribed order, and no harm will result to the Appellee as a result of the extension of time for filing briefs, in that this case has not been set for submission.

WHEREFORE, Appellant request that the Court enter an order extending the time for filing Appellant's brief to the 15th day of March, 2015.

Respectfully submitted,
Law Office of Evans and Lusk
806 W. 11th St.
Austin, Texas 78701
(512) 476-4075
(512) 477-6840 FAX

BY: _____

JON T. EVANS
SBN 00787445
Attorney for Appellant

## VERIFICATION

BEFORE ME, the undersigned Notary Public, on this day personally appeared Jon Evans, who being by me duly sworn on his oath deposed and said as follows: "I am the attorney for the Appellant, TERRELL MAXWELL, in the above entitled and numbered cause. I have read the above and foregoing Motion for Extension of Time for Filing Appellant's Brief, and every statement contained therein is true and correct to the best of my knowledge.

_____
Jon Evans

SUBSCRIBED AND SWORN TO BEFORE ME on this the 23rd day of January, 2015, to certify which witness my hand and official seal.



JODIE L WARD-HOUSE
MY COMMISSION EXPIRES
February 22, 2018

_____
Notary Public
Travis County, Texas

## CERTIFICATE OF DELIVERY

This is to certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing Appellant's Brief was delivered by hand unto the office of the prosecuting attorney for the State of Texas, on this the 23rd day of January, 2015.

_____
JON EVANS

No. 03-14-00586-CR

| TERRELL MAXWELL | X | IN THE COURT OF APPEALS |
| | X | |
| V. | X | THIRD COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | STATE OF TEXAS |

## **CERTIFICATE OF (ATTEMPTED) CONFERENCE**

This is to certify that the undersigned counsel for Appellant has attempted to resolve

this matter by agreement. Appellant's Counsel has attempted to contact SCOTT

TALIAFERRO, Assistant District Attorney for Travis County, Texas, who is the attorney

of record for the State of Texas, by voice message on January 23, 2015.

Jon Evans
Attorney for Appellant